Same case below, 631 F.3d 626.

**No. 11-161. Christine Armour, et al., Petitioners v. City of Indianapolis, Indiana, et al.**

565 U.S. 1033, 132 S. Ct. 576, 181 L. Ed. 2d 420, 2011 U.S. LEXIS 8180.

November 14, 2011. Petition for writ of certiorari to the Supreme Court of Indiana granted.

Same case below, 946 N.E.2d 553.

**No. 11-393. National Federation of Independent Business, et al., Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services, et al.**

**No. 11-400. Florida, et al., Petitioners v. Department of Health and Human Services, et al.**

565 U.S. 1033, 132 S. Ct. 603, 181 L. Ed. 2d 420, 2011 U.S. LEXIS 8269.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit in No. 11-393, granted. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit in No. 11-400 granted, limited to the issue of severability presented by Question 3 of the petition. The cases are consolidated and a total of 90 minutes is allotted for oral argument.

Same cases below, 648 F.3d 1235.

**No. 11-398. Department of Health and Human Services, et al., Petitioners v. Florida, et al.**

565 U.S. 1034, 132 S. Ct. 604, 181 L. Ed. 2d 420, 2011 U.S. LEXIS 8094.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit granted. In addition to Question 1 presented by the petition, the parties are directed to brief and argue the following question: "Whether the suit brought by respondents to challenge the minimum coverage provision of the Patient Protection and Affordable Care Act, 26 U.S.C. § 5000A, is barred by the Anti-Injunction Act, 26 U.S.C. § 7421(a)." A total of two hours is allotted for oral argument on Question 1. One hour is allotted for oral argument on the additional question.

Same case below, 648 F.3d 1235.

**No. 11-400. Florida, et al., Petitioners v. Department of Health and Human Services, et al.**

565 U.S. 1033, 132 S. Ct. 604, 181 L. Ed. 2d 420, 2011 U.S. LEXIS 8225.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit granted limited to Question 1 presented by the petition.

Same case below, 648 F.3d 1235.

**No. 10-1285. Countrywide Home Loans, Inc., Petitioner v. Francisco Rodriguez, et ux.**

565 U.S. 1034, 132 S. Ct. 573, 181 L. Ed. 2d 420, 2011 U.S. LEXIS 8261.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 629 F.3d 136.

**No. 10-10217. Janet B. Cunningham, Petitioner v. Jack V. Kelley, et ux.**

565 U.S. 1034, 132 S. Ct. 573, 181 L. Ed. 2d 420, 2011 U.S. LEXIS 8157.

November 14, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.